IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE CLYDE BURLESON,<br><br>        Petitioner,<br><br> v.<br><br>CALIFORNIA DEPARTMENT OF<br>CORRECTIONS AND REHABILITATION,<br><br>        Respondent. | C 08-01853 SBA (PR)<br><br>**ORDER** |

  GOOD CAUSE APPEARING, it is hereby ordered that Respondent may have until February 21, 2009, to file his answer to the petition for writ of habeas corpus.  If Petitioner wishes to respond to the answer, he shall do so by filing a traverse with the Court and serving it on Respondent within **sixty (60) days** of his receipt of the answer.

  If Respondent files a motion to dismiss on procedural grounds in lieu of an answer, Petitioner shall file with the Court and serve on Respondent an opposition or statement of non-opposition to the motion within **sixty (60) days** of receipt of the motion, and Respondent shall file with the Court and serve on Petitioner a reply within **fifteen (15) days** of receipt of any opposition.

DATED: Feb. 20, 2009.

                       _____
                       SAUNDRA BROWN ARMSTRONG
                       United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JESSE CLYDE BURLESON,

    Plaintiff,

v.

DIRECTOR CA DEPT OF CORRECTIONS et al,

    Defendant.

Case Number: CV08-01853 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 20, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jesse Clyde Burleson D-90284
Mule Creek State Prison
P.O. Box 409020
Ione, CA 95640

Dated: February 20, 2009
    Richard W. Wieking, Clerk
    By: LISA R CLARK, Deputy Clerk